IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 0 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 07-cv-02581-BNB

WAYNE BRUNSILIUS,

    Applicant,

v.

HOYT BRILL, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF JOHN SUTHERS [sic] COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the document titled "Writ to Show Cause and Clarify January 09, 2008 Order" that Applicant, Wayne Brunsilius, submitted to and filed with the Court on January 28, 2007, requesting an extension of time in which to file an amended application in response to the January 9, 2008, order. The motion is GRANTED. Mr. Brunsilius will be allowed **thirty (30) days from the date of this minute order** in which to submit an amended application as directed in the January 9 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

    The motion titled "Writ to Supplement the Civil Action" filed on January 9, 2008, is DENIED as unnecessary given that Mr. Brunsilius has been granted an extension of time in which to submit an amended application. The motions titled "Order Granting United States Marshal Custody of Plaintiff" and "Motion in Support of Issuance of Subpoena for Records Held by Lorena Brunsilius" are DENIED as premature. Applicant is directed to cease submitting unnecessary and premature motions and simply to comply with the Court's order that he submit an amended application within thirty days that complies with the directives of the January 9 order.

Dated: January 29, 2008

Copies of this Minute Order mailed on January 29, 2008, to the following:

Wayne Brunsilius
Reg. No. 65458
Kit Carson Correctional Center
PO Box 2000
Burlington, CO 80807

                                                      Secretary/Deputy Clerk