IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02581-ZLW

WAYNE BRUNSILIUS,

    Applicant,

v.

HOYT BRILL, Warden,
JOHN SUTHERS, The Attorney General of the State of Colorado, and
THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Motion to Recuse Judge: Failure to Issue a Ruling Pursuant to U.S. Code 28 U.S.C. § 455(A)(B), 28 U.S.C. § 2241 & 2261 and To Transfer the Case to a Senior Judge for a Proper Legal Resolution et seq." submitted to and filed with the Court on July 30, 2008, by Applicant, Wayne Brunsilius. To the extent Applicant seeks to recuse Magistrate Judge Boyd N. Boland, the motion is moot because Magistrate Judge Boland no longer is assigned to this case. In any event, the instant action now is on appeal and, therefore, this Court no longer has jurisdiction over the instant action. *See Stewart v. Donges*, 915 F.2d 572, 575 (10th Cir. 1990). Therefore, the motion to recuse is DENIED as moot.

Dated: July 31, 2008

Copies of this Minute Order mailed on July 31, 2008, to the following:

Wayne Brunsilius
Prisoner No. 65458
Kit Carson Corr. Center
PO Box 2000 - Unit DB-112
Burlington, CO 80807

                                    Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2008

GREGORY C. LANGHAM
                CLERK